**Order entered October 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00307-CV

**THIEN AN VO, Appellant**

**V.**

**HARRIS COUNTY COMMISSIONERS COURT, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-72816**

## ORDER

The reporter's record in this appeal is missing the record of a proceeding held May 11, 2021, although we have twice ordered Darlene Stein, Official Court Reporter for the 133rd Judicial District Court, to file it. Accordingly, we **ORDER** Ms. Stein to file the record, or written verification no record of that proceeding exists, **no later than October 14, 2021.** *We caution Ms. Stein that failure to comply may result in an order directing the trial court to hold a hearing to determine why she has failed to comply.*

We note a supplemental clerk's record appellant requested on or about August 28, 2021 has also not been filed. Accordingly, we **ORDER** Harris County District Clerk Marilyn Burgess to file the supplemental clerk's record **no later than October 14, 2021.**

Appellant's brief will be due within thirty days after the later of the date the supplemental clerk's record, reporter's record, or requested verification is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Jaclanel McFarland, Presiding Judge of the 133rd Judicial District Court; Ms. Burgess; Ms. Stein; and, the parties.

/s/ KEN MOLBERG
JUSTICE